No. 67986.—Unicord, Inc. *v.* United States, protests 60/14466, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of chord organs and parts thereof similar in all material respects to those the subject of *Excelsior Accordions, Inc.* v. *United States* (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, SEPTEMBER 16, 1963

No. 67987.—Morganite, Inc. *v.* United States, protest 62/14066 (New York).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of carbon powder similar in all material respects to that the subject of *Morganite, Inc.* v. *United States* (42 CCPA 207, C.A.D. 595), the claim of the plaintiff was sustained.

No. 67988.—Alexanders Dept. Stores *v.* United States, protest 62/16483 (New York).

Opinion by DONLON, J.   It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 CCPA 112, C.A.D. 351), and that the case of merchandise, reported by the inspector as manifested, not found, was not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the case of merchandise, which was reported by the inspector as manifested, not found.  The protest was sustained to this extent.